NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
RACHEL KENT
Special Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6551 / Fax: 702.388.6418
rachel.kent@usdoj.gov
*Attorneys for the United States*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 19-mj-00651-BNW |
| Plaintiff, | ) | **GOVERNMENT'S MOTION TO** |
| vs. | ) | **DISMISS CITATION NO. 8036251** |
| HECTOR D. ESTRADA-IGLESIAS, | ) | |
| Defendant. | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States for the District of Nevada hereby files this motion to dismiss with prejudice citation number 8036251 only, issued against defendant, Hector D. Estrada-Iglesias.

On March 5, 2019, defendant Estrada-Iglesias was issued Citation Number 8036251 for violating 41 C.F.R. § 102-74.385 – Failure to Comply with the Lawful Direction of a Law Enforcement Officer. On December 2, 2019, the Court filed an order (ECF No. 19) directing the government to elect the conduct on which it intends to offer proof regarding the charge and provide notice of such to the Court and Defendant.

1

The government respectfully requests that this Court grant the present motion to dismiss citation number 8036251 only, based upon the interest of justice.[1]

DATED this 11th day of December, 2019.

NICHOLAS A. TRUTANICH
United States Attorney

/s/ Rachel Kent

RACHEL KENT
Special Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

DATED this 11 day of December, 2019.

_____
HONORABLE BRENDA N. WEKSLER
UNITED STATES MAGISTRATE JUDGE

---

[1] This motion does not apply to Citation 8036252, charging the defendant with disorderly conduct, which was dismissed by this Court and currently pending appeal in case number 2:19-cv-02076-GMN-BNW.