# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 2:19-mj-0651-BNW |
| Plaintiff, ) | |
| vs. ) | ORDER FOR DISMISSAL |
| ) | |
| HECTOR ESTRADA-IGLESIAS, ) | |
| Defendant. ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States for the District of Nevada hereby dismisses citation 98036252 issued to HECTOR ESTRADA-IGLESIAS.

DATED this ___21st___ of April, 2021.

CHRISTOPHER CHIOU
Acting United States Attorney

/s/ Rachel Kent

RACHEL KENT
Special Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

DATED this __23rd__ day of April, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

1